# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF NEW YORK

**Clarence Vaughn**

    vs.

**Michael Gilroy, et al**

JUDGMENT IN A CIVIL CASE

**CASE NO.**  3:05-CV-841

____  **JURY VERDICT.**  This action came before this Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**  **DECISION BY COURT.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT PETITIONER'S APPLICATION FOR A WRIT OF HABEAS CORPUS IS DENIED.

IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S DECISION AND ORDER FILED JULY 13, 2005.

Dated:  July 13, 2005

*[signature]*
Clerk of Court

s/S. Potter
By:  Deputy Clerk